UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CATLYN MAX JAMES KIRKALDIE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 1:21-CR-054<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |
|---|---|---|

The Defendant, Catlyn Max James Kirkaldie, submits this sentencing memorandum before his sentencing hearing scheduled for February 22, 2023. Mr. Kirkaldie will recommend a sentence below the guideline range contemplated by the plea agreement. He will present his specific sentencing recommendation at the hearing.

Dated the 15th day of February, 2023.

                Respectfully submitted,

                JASON J. TUPMAN
                Federal Public Defender
                By:

                */s/ Christina P. Rudy*
                Christina P. Rudy
                Assistant Federal Public Defender
                Attorney for Defendant
                Office of the Federal Public Defender
                Districts of South Dakota and North Dakota
                100 W. Broadway Ave Suite 230
                Bismarck, ND 58501
                Telephone: 701-250-4500
                Facsimile:  701-250-4498
                filinguser_SDND@fd.org